# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| Benjamin Charles Boone, | ) | |
|---|---|---|
| Petitioner/Defendant, | ) | Civil Action No. 12-00547-WS |
| v. | ) | Criminal No. 05-00265-WS-N |
| United States of America, | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 24, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 5th day of March, 2014.

        **s/WILLIAM H. STEELE**
        **CHIEF UNITED STATES DISTRICT JUDGE**