# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| Benjamin Charles Boone, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | Civil Action No. 12-00547-WS |
| | ) | |
| v. | ) | Criminal No. 05-00265-WS-N |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 39 in Criminal No. 05-00265-WS-N) be and the same hereby **DISMISSED** as time-barred. The petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal *in forma pauperis*. And Petitioner Benjamin Charles Boone's motion to compel the United States to file a substantial assistance motion pursuant to Rule 35(b), Federal Rules of Criminal Procedure (Doc. 47 in Criminal No. 05-00265-WS-N) is **DENIED**.

**DONE** and **ORDERED** this the 5th day of March, 2014.

s/WILLLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**