IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN CHARLES BOONE ) | |
| BOP Reg. # #09206-003, ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. 12-00547-WS |
| v. ) | |
| ) | CRIMINAL ACTION NO. 05-00265-WS-N-1 |
| UNITED STATES OF AMERICA, ) | |
|    Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations (Doc. 79[1]) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated October 14, 2016, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Benjamin Charles Boone's "Motion to Amend Previous Motion pursuant to 28 USC 2255" (Doc. 74), construed as an unauthorized second or successive § 2255 motion, is **DISMISSED** for lack of jurisdiction. Further, the Court certifies that any appeal by Boone of the dismissal of his second or successive § 2255 motion would be without merit and therefore not taken in good faith. Thus, he is not entitled proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 14th day of November 2016.

                                  s/WILLIAM H. STEELE
                                  **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] All "Doc." citations herein refer to the docket of the above-styled criminal action.